UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

COMMODITY FUTURES TRADING COMMISSION,

             Plaintiff,

    -against-

EOX HOLDINGS LLC and ANDREW GIZIENSKI,

             Defendants.

------------------------------------------x

ORDER

18 Civ. 8890 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of Defendants' February 22, 2019 letter requesting adjournment of the initial pretrial conference, (ECF No. 38), oral argument on Defendants' Joint Motion to Transfer, (ECF No. 20), and Motion to Dismiss and for Summary Judgment, (ECF No. 23), will be held on April 11, 2019 at 10:30 A.M.

Dated: February 25, 2019
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE